FILED

MAR 3 2015

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

UNITED STATES OF AMERICA,
        Plaintiff,

v.

ROBERT PANNELL and
DEANDRE JONES,

        Defendants.

Criminal No. 1:15cc 28

Violations:   18 USC § 922(a)(6)
              18 USC § 922(g)(9)
              18 USC § 924(a)(2)
              18 USC § 2

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

### (Aiding and Abetting – "Straw Purchase" of Firearm)

On or about August 14, 2014, at or near Clarksburg, Harrison County, West Virginia, in the Northern District of West Virginia, defendants **ROBERT PANNELL and DEANDRE JONES**, in connection with the acquisition of a firearm, that is, a Kahr pistol, model CW9, 9 mm caliber, serial number EG9337, from Jonathan Dawkins, a licensed dealer d/b/a "Cashland Pawn", did aid and abet each other to knowingly make a false and fictitious written and oral statement to said dealer, which statement was intended and likely to deceive said licensed dealer as to a fact material to the lawfulness of such acquisition of the said firearm by defendant **ROBERT PANNELL**, under chapter 44 of Title 18 of the United States Code, in that defendant **ROBERT PANNELL** represented that he was the transferee (buyer) of said firearm, when the acquisition of said firearm was intended for another transferee (buyer), to wit: defendant **DEANDRE JONES**; in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

## COUNT TWO

### (False Statement in Acquisition of Firearm)

On or about August 14, 2014, at or near Clarksburg, Harrison County, West Virginia, in the Northern District of West Virginia, defendant **ROBERT PANNELL**, in connection with the acquisition of a firearm, that is, a Kahr pistol, model CW9, 9 mm caliber, serial number EG9337, from Jonathan Dawkins, a licensed dealer d/b/a "Cashland Pawn", did knowingly make a false and fictitious written and oral statement to said dealer, which statement was intended and likely to deceive said licensed dealer as to a fact material to the lawfulness of such acquisition of the said firearm by defendant **ROBERT PANNELL,** under chapter 44 of Title 18 of the United States Code, in that defendant **ROBERT PANNELL** represented that he had never been convicted in any court of a misdemeanor crime of domestic violence when, in fact, as defendant **ROBERT PANNELL** then and there well knew, he was convicted on or about April 18, 2002, in the Magistrate Court of McDowell County, West Virginia, in Case No. 02M-482, of Domestic Battery; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT THREE

**(Prohibited Person in Possession of Firearm)**

On or about August 18, 2014, at or near Clarksburg, Harrison County, West Virginia, within the Northern District of West Virginia, defendant **ROBERT PANNELL,** having been convicted of a misdemeanor crime of domestic violence; that is to say, on or about April 8, 2002, defendant **ROBERT PANNELL** was convicted in the Magistrate Court of McDowell County, in Case No.: 02M-482 of Domestic Battery, did knowingly possess, in and affecting commerce, any firearm, to wit: a Kahr pistol, model CW9, 9 mm caliber, serial number EG9337; in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

A true bill,

/s/_____
Grand Jury Foreperson

/s/_____
William J. Ihlenfeld II
United States Attorney

Shawn Angus Morgan
Assistant United States Attorney